E-FILED
Wednesday, 07 June, 2006  09:33:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. ) |
| EDWARD E. BECKER d/b/a B & T SERVICES, | ) ) |
| Defendant. | ) |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, furnish the following in compliance with Standing Order CDIL of this Court.

(a) Railroad Maintenance and Industrial Health and Welfare Fund, Midwest Operating Engineers Pension Fund, Midwest Operating Engineers Industry Advancement Fund.

(b) Not applicable.

(c) CAVANAGH & O'HARA
William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long
Britt W. Sowle

DATED this 31st day of May, 2006.

                s/ James P. Moody
                JAMES P. MOODY
                **CAVANAGH & O'HARA**
                407 East Adams
                Post Office Box 5043
                Springfield, Illinois 62705
                Telephone: (217) 544-1771
                Fax: (217) 544-9894
                jim@cavanagh-ohara.com