E-FILED
Wednesday, 07 June, 2006  09:34:21 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. |
| EDWARD E. BECKER d/b/a B & T SERVICES, | ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 05/18/06 | Review file; telephone conference with Ed Becker; telephone conference with Dora Crenshaw regarding audit of both entities. | .60 |
| 05/18/06 | Preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| 05/18/06 | Preparation of Affidavit in Support of Attorney Fees. | .50 |
| | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| | TOTAL HOURS 3.0 X $90.00 PER HOUR | $270.00 |
| | TOTAL HOURS 1.0 X $185.00 PER HOUR | $185.00 |
| 05/18/06 | U.S. District Court - Filing Fee | $350.00 |
| | **TOTAL FEES AND COSTS** | **$805.00** |

FURTHER THIS AFFIANT SAYETH NAUGHT.


EXHIBIT E

                         s/ James P. Moody
                         JAMES P. MOODY
                         **CAVANAGH & O'HARA**
                         407 East Adams
                         P. O. Box 5043
                         Springfield, IL 62705
                         Telephone (217) 544-1771
                         Fax (217) 544-9894
                         jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 31st day of May, 2006.

                         Notary Public

F:\files\RAILROAD\B&T Services\A-Fee.wpd

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010