AO 440 (Rev. 10/93) Summons in a Civil Action
3:06-cv-03115-JES-BGC   #5   Page 1 of 2
E-FILED
Wednesday, 26 July, 2006 10:36:22 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL **DISTRICT OF** ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, et al.,

    Plaintiffs,

**V.**

EDWARD E. BECKER d/b/a B & T SERVICES,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3115

TO: (Name and address of defendant)   *PERSONAL SERVICE ONLY*
Edward E. Becker, President
B & T Services
4922 West Margaret
Monee, IL 60449

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

6/7/2006
DATE

s/Christy Taylor
(BY) DEPUTY CLERK

```
                                    ============== ATTORNEY ==============
                                    CAVANAGH & O'HARA
RAILROAD MAINTENANCE                407 E. ADAMS
       -VS-                         SPRINGFIELD, IL 62705
EDWARD BECKER


=========== DESCRIPTION ============   ========= ATTEMPTED SERVICES =========
                                         DATE        TIME        BADGE #
SUMMONS & COMPLAINT

  ISSUED:  7/10/06    EXPIRES:  8/10/06
  FEES:    63.00      EVC/DEP:


======== PERSON TO BE SERVED =========

EDWARD E. BECKER/PRESIDENT              NOTES:
4922 WEST MARGARET                      B & T SERVICES
MONEE, IL 60449
```

(Handwritten across form: MOVED)

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION ___RULE ___ORDER ___SUBPEONA ___NOTICE ___JUDGEMENT ___SUMMONS/PETITION FOR ORDER OF PROTECTION ___ORDER OF PROTECTION. ___CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION ___NOTICE ___JUDGEMENT ___ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____. (date)

(C) ___ SERVICE ON: ___CORPORATION ___COMPANY ___BUSINESS by leaving a COPY OF THE ___SUMM/COMP ___CITATION ___RULE ___ORDER ___NOTICE ___JUDGEMENT ___SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___CERTIFIED MAIL ___POSTING

(E) _X_ THE NAMED DEFENDANT WAS NOT SERVED: _X_MOVED ___NOT LISTED ___RETURNED BY ATTY. ___EXPIRED ___NO CONTACT ___NO SUCH ADDRESS ___DECEASED ___OTHER REASON

PERSON TO BE SERVED: Edward E Becker/President
SERVING ADDRESS: 4922 W. Margaret Monee, I
WRIT SERVED ON: _____ RELATIONSHIP: _____
SEX ___ (M/F) RACE ___ AGE ___
THIS 17th DAY OF July 20 06 TIME 850 HOURS
PAUL J. KAUPAS, SHERIFF, BY _____ DEPUTY # 841
REMARKS: Subject moved to Florida Area.

MAG61911551                    Signature redacted-pjr