E-FILED
Wednesday, 09 August, 2006  04:06:00 PM
Clerk, U.S. District Court, ILCD

# United States District Court

__CENTRAL__ DISTRICT OF __ILLINOIS__

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, et al.,

        Plaintiffs,

V.

B.T. SERVICES OF WILL COUNTY, INC., and
EDWARD E. BECKER d/b/a B & T SERVICES,

        Defendants.

**ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3115

TO: (Name and address of defendant)   ***PERSONAL SERVICE ONLY***

Raymond A. Feeley, Registered Agent
B T Services of Will County, Inc.
575 West Exchange Street
Monee, IL 60449

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                    8/9/2006
CLERK                               DATE

s/Christy Taylor
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                                    Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.