AO 440 (Rev. 10/93) Summons in a Civil Action

E-FILED
Wednesday, 09 August, 2006 04:25:26 PM
Clerk, U.S. District Court, ILCD

# United States District Court

_____ CENTRAL _____ DISTRICT OF _____ ILLINOIS _____

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, et al.,

        Plaintiffs,

**V.**

B.T. SERVICES OF WILL COUNTY, INC. and
EDWARD E. BECKER d/b/a B & T SERVICES,
        Defendants.

**ALIAS**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3115

TO: (Name and address of defendant)  **_PERSONAL SERVICE ONLY_**

    Edward E. Becker, President
    B & T Services
    4922 West Margaret
    Monee, IL 60449

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    James P. Moody
    Cavanagh & O'Hara
    407 East Adams Street
    Springfield, IL 62701
    (217) 544-1771

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| s/John M. Waters | 8/9/2006 |
|---|---|
| CLERK | DATE |

| s/Christy Taylor | |
|---|---|
| (BY) DEPUTY CLERK | |

## United States District Court, Of Central Illinois

AFFIDAVIT OF NON-SERVICE

Case No: **06-3115**  Return Date: **8/31/2006**

### Railroad Maintenance and Industrial Health and Welfare Fund
vs.
### Edward E. Becker d/b/a B & T Services

Cavanagh & O'Hara

I, **Lisa Everett** hereby certify and return that today, August 24, 2006, I completed making due and diligent search for the within named **Edward E. Becker** at the defendant's last and usual place of **abode** at **4922 W. Margaret, Monee, IL 60449.** I have been unable to find or contact said defendant within a reasonable amount of time. I therefore return this **Summons and Complaint** not served.

**Reason for non-service is:** Moved out. This is the defendants Mother's home. The defendant moved out about a year ago.

Under penalties provided by law pursuant to s1-109 of the Civil Code of Procedure, the undersigned certifies that the statements set forth are true and correct to his/her belief.

**SIGNATURE REDACTED**

Lisa Everett
Process Server P.E.R.C. 129-292346

Job#: 44320