# United States District Court

CENTRAL __DISTRICT OF__ ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, et al.,

Plaintiffs,

V.

B.T. SERVICES OF WILL COUNTY, INC., and
EDWARD E. BECKER d/b/a B & T SERVICES,

Defendants.

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3115

TO: (Name and address of defendant)   *PERSONAL SERVICE ONLY*

Raymond A. Feeley, Registered Agent
B T Services of Will County, Inc.
575 West Exchange Street
Monee, IL 60449

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| s/John M. Waters | 8/9/2006 |
|---|---|
| CLERK | DATE |

s/Christy Taylor
(BY) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

Case No: **06-3115**

## Railroad Maintenance and Industrial Health and Welfare Fund
vs.
## B.T. Services of Will County Inc.

I, **Lisa Everett** the undersigned state the following facts. I am above the age of eighteen. I am not an party to the action. I certify that I have served a:
**Summons and Complaint**

The writ was served on **Raymond A. Feeley**

The description of the recipient is **Male White 59 5' 10" 180-190 lbs**

The relationship to the defendant is **Registered Agent**

The **Summons and Complaint** was served at **575 W. Exchange St., Crete, IL 60417**

The writ service date was **8/30/2006** the time of service was **4:00 PM**

Under penalties provided by law pursuant to s1-109 of the Civil Code of Procedure, the undersigned certifies that the statements set forth are true and correct to his/her belief.

**SIGNATURE REDACTED**

**Lisa Everett**
Process Server P.E.R.C. 129-292346

NOTES/COMMENTS:

Job#: 44322