E-FILED
Tuesday, 05 December, 2006  10:10:59 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 06-3115 |
| B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/b/a B & T SERVICES, | ) ) ) | |
| Defendants. | ) | |

### REQUEST FOR ENTRY OF DEFAULT

NOW COME Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, state as follows:

1. That the First Amended Complaint in this matter was filed on August 1, 2006.

2. That on August 30, 2006, Raymond A. Feeley, Registered Agent of Defendant, B T SERVICES OF WILL COUNTY, INC., was duly served by Uthe & Uthe, Inc., Private Process Servers with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the statutory time frame.

4. Pursuant to Standing Order, the Affidavit of James P. Moody in Support of the Motion for Default Judgment is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, pray that this Court enter Default Judgment against Defendant, B T SERVICES OF WILL COUNTY, INC., and in favor of Plaintiffs.

> RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, Plaintiffs,
>
> By:    s/ James P. Moody
>        JAMES P. MOODY
>        **CAVANAGH & O'HARA**
>        407 East Adams
>        P. O. Box 5043
>        Springfield, IL  62705
>        Telephone:  (217) 544-1771
>        Facsimile:  (217) 544-5236
>        jim@cavanagh-ohara.com

**PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 5th day of December 2006:

| | |
|---|---|
| Raymond Feeley, Registered Agent | Edward E. Becker |
| B & T Services of Monee, Inc. | B & T Services of Monee, Inc. |
| 575 West Exchange Street | 4922 Margaret Street |
| Crete, IL 60417 | Monee, IL 60449 |

and that the original was filed with the Clerk of the Court in which said cause is pending.

> By:    s/ James P. Moody
>        JAMES P. MOODY
>        **CAVANAGH & O'HARA**
>        407 East Adams
>        P. O. Box 5043
>        Springfield, IL  62705
>        Telephone:  (217) 544-1771
>        Facsimile:  (217) 544-5236
>        jim@cavanagh-ohara.com

E-FILED
Tuesday, 05 December, 2006  10:11:22 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/b/a B & T SERVICES,<br><br>    Defendants. | No. 06-3115 |

### AFFIDAVIT PURSUANT TO STANDING ORDER
### IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs and in such capacity represents the Plaintiffs in the above-entitled and numbered action;

That on August 30, 2006, Raymond A. Feeley, Registered Agent of Defendant, B T SERVICES OF WILL COUNTY, INC., was duly served by Uthe & Uthe, Inc., Private Process Servers with said Complaint and Summons; that a copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A-1**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as


EXHIBIT A

amended; that the claim of Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, is for a payroll compliance audit for the period of May 1, 2001 through current and attorney fees and costs to date in the amount of $2,413.50, as shown by **Exhibit A-2**, attached hereto and incorporated herein. That this Affidavit is made for the purpose of requesting that Default Judgment be entered against the Defendant, B. T. SERVICES OF WILL COUNTY, INC.

               s/ James P. Moody
               JAMES P. MOODY
               **CAVANAGH & O'HARA**
               407 East Adams
               P. O. Box 5043
               Springfield, IL 62705
               Telephone: (217) 544-1771
               Facsimile: (217) 544-5236
               jim@cavanagh-ohara.com

Subscribed and sworn to before me this 5th day of December 2006.

            _____ **SIGNATURE REDACTED**
              NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

3:06-cv-03115-JES-BGC    # 12-3    Page 1 of 2
3:06-cv-03115-JES-BGC    # 81-3    Page 5 of 2
AO 440 (Rev. 10/93) Summons in a Civil Action

E-FILED
 Tuesday, 05 September, 2006 04:00:06 PM
 Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, et al.,

    Plaintiffs,

V.

B.T. SERVICES OF WILL COUNTY, INC., and
EDWARD E. BECKER d/b/a B & T SERVICES,

    Defendants.

ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3115

TO: (Name and address of defendant)    *PERSONAL SERVICE ONLY*

Raymond A. Feeley, Registered Agent
B T Services of Will County, Inc.
575 West Exchange Street
Monee, IL 60449

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters              8/9/2006
CLERK                                DATE

s/Christy Taylor
(BY) DEPUTY CLERK

EXHIBIT A-1

# United States District Court, Central District Of Illinois
## AFFIDAVIT OF SERVICE

Case No: 06-3115

### Railroad Maintenance and Industrial Health and Welfare Fund
vs.
### B.T. Services of Will County Inc.

I, Lisa Everett the undersigned state the following facts. I am above the age of eighteen. I am not an party to the action. I certify that I have served a:
**Summons and Complaint**

The writ was served on **Raymond A. Feeley**

The description of the recipient is **Male White 59 5' 10" 180-190 lbs**

The relationship to the defendant is **Registered Agent**

The **Summons and Complaint** was served at **575 W. Exchange St., Crete, IL 60417**

The writ service date was **8/30/2006** the time of service was **4:00 PM**

Under penalties provided by law pursuant to s1-109 of the Civil Code of Procedure, the undersigned certifies that the statements set forth are true and correct to his/her belief.

**SIGNATURE REDACTED**

Lisa Everett
Process Server P.E.R.C 129-292346

NOTES/COMMENTS:

Job#: 44322

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/b/a B & T SERVICES,<br><br>    Defendant. | No. 06-3115 |

## AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 05/18/06 | Review file; telephone conference with Ed Becker; telephone conference with Dora Crenshaw regarding audit of both entities. | .60 |
| 05/18/06 | Preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| 05/18/06 | Preparation of Affidavit in Support of Attorney Fees. | .50 |
| | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| 06/01/06 | Review file; update Delinquency Status Report. | .10 |
| 06/07/06 | Received and reviewed file-stamped Complaint with exhibits; Civil Cover Sheet, Certificate of Service and issued Summons. | .30 |
| 06/16/06 | Received and reviewed issued Summons; letter to Romolo and Associates to schedule audit and serve Complaint. | .60 |


EXHIBIT A-2

| | | |
|---|---|---|
| 06/21/06 | Revise correspondence to Michelle Shadid of Romolo and Associates. | .15 |
| 07/05/06 | Telephone conference with Will County Sheriff regarding service fee; letter to Sheriff enclosing Summons and Complaint. | .60 |
| 07/25/06 | Telephone conference with Will County Sheriff's Office regarding service of Summons. | .10 |
| | Received and reviewed Summons - nonservice; redaction of signatures, scanning and conversion; electronic filing with U.S. District Court of same; update Delinquency Status Report; telephone conference with Deputy Harris regarding Defendant being in Florida; review file; research Secretary of State corporate information on B & T Services. | 1.00 |
| | Received and reviewed file-stamped Summons. | .10 |
| | Telephone conference with Fund Office regarding B & T Services; service of process; contract termination. | .10 |
| 07/27/06 | Preparation of First Amended Complaint. | .50 |
| 07/31/06 | Revise First Amended Complaint; preparation of Alias Summons. | .70 |
| | Review Amended Complaint. | .50 |
| 08/01/06 | Conversion, electronic filing of First Amended Complaint; letter to Court to issue Alias Summons; received and reviewed file-stamped First Amended Complaint. | 1.20 |
| 08/10/06 | Telephone conference with Private Detective, Matt Uthe, regarding service fee; letter to Uthe and Uthe enclosing two Alias Summonses; update Delinquency Status Report. | .60 |
| 09/01/06 | Telephone conference with Matt Uthe regarding service obtained on Registered Agent. | .10 |
| 09/05/06 | Received and reviewed Affidavit of Service as to Raymond Feeley, Registered Agent; redaction of signatures, scanning and conversion; electronic filing of same; update Delinquency State Report. | .65 |
| | Received and reviewed Affidavit of Non-Service as to Ed Becker, President; redaction of signatures, scanning and conversion; electronic filing of same; update Delinquency State Report. | .65 |
| | Received and reviewed file-stamped Affidavits of Service on Raymond Feeley and Ed Becker. | .20 |

| | | |
|---|---|---|
| 09/14/06 | Review file; edit and update Delinquency Status Report. | .25 |
| | Email Michelle Shadid of Romolo and Associates regarding status of audit. | .10 |
| 09/18/06 | Telephone conference with Dora Crenshaw regarding audit. | .20 |
| | Received and reviewed email from Romolo and Associates regarding audit deselected; email to Fund Office re: same. | .20 |
| 09/19/06 | Email auditor regarding proceeding with audit as soon as possible. | .10 |
| | Review file regarding status of Answer. | .10 |
| 09/22/06 | Telephone conference with attorney representing Defendant re: audit. | .20 |
| | Preparation of email to Fund Office re: attorney hired and allowing audit of all entities; calendar follow-up; update Status Report. | .30 |
| 09/26/06 | Received and reviewed correspondence from Romolo and Associates re: audit scheduled; calendared; update Status Report. | .25 |
| 10/25/06 | Telephone conference with Tom Crotz re: audit; telephone conference with Ed Becker re: same. | .50 |
| 10/25/06 | Preparation of Request for Entry of Default; Affidavit in Support of Motion for Default Judgment and proposed Order. | 1.50 |
| | Preparation of Affidavit of Attorney Fees. | .80 |
| 11/13/06 | Review Request for Entry of Default and attachments. | .40 |
| 11/14/06 | Revise, redaction of signatures; scanning, conversion and electronic filing of Request for Entry of Default; email proposed Order to Judge. | 1.00 |
| | TOTAL HOURS 15.10 X $90.00 PER HOUR | $1,359.00 |
| | TOTAL HOURS 2.9 X $185.00 PER HOUR | $536.50 |
| 05/18/06 | U.S. District Court - Filing Fee | $350.00 |
| 07/05/06 | Will County Sheriff – Service Fee | $63.00 |
| 08/10/06 | Uthe and Uthe, Inc. – Service Fee (Registered Agent) | $50.00 |
| | Uthe and Uthe, Inc. – Service Fee (President) | $55.00 |
| | **TOTAL FEES AND COSTS** | **$2,413.50** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

                 s/ James P. Moody
                 JAMES P. MOODY
                 **CAVANAGH & O'HARA**
                 407 East Adams
                 P. O. Box 5043
                 Springfield, IL 62705
                 Telephone (217) 544-1771
                 Fax (217) 544-9894
                 jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 5th day of December 2006.

_____
Notary Public

[SIGNATURE REDACTED]

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

F:\files\RAILROAD\B&T Services\A-Fee.djwpd.wpd