E-FILED
Tuesday, 05 December, 2006  02:09:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 06-3115 |
| B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/b/a B & T SERVICES, | ) ) ) | |
| Defendants. | ) ) | |

### ORDER OF DEFAULT

This cause coming on to be heard before the Court upon Plaintiffs' Request for Entry of Default. The Court, being fully advised in the premises, finds that Defendant, B. T. SERVICES OF WILL COUNTY, INC., has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil Procedure.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default be, and the same is, hereby entered against Defendant, B. T. SERVICES OF WILL COUNTY, INC., for its failure to answer in this cause in a timely manner as provided by the Federal Rules of Civil Procedure and the rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within fourteen (14) days of the entry of this Order of Default, the Plaintiffs make application to the District Court for the entry of a Default Judgment against Defendant, B. T. SERVICES OF WILL COUNTY, INC.

ENTERED this _5th_ day of ____December_____, 2006.

_____s/ Byron G. Cudmore_____
**United States Magistrate Judge**