# United States District Court

CENTRAL DISTRICT OF ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL
HEALTH AND WELFARE FUND, et al.,

        Plaintiffs,

v.

B.T. SERVICES OF WILL COUNTY, INC. and
EDWARD E. BECKER d/b/a B & T SERVICES,

        Defendants.

**SECOND ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3115

TO: (Name and address of defendant)   *PERSONAL SERVICE ONLY*

Edward E. Becker, President
B & T Services
4922 West Margaret
Monee, IL 60449

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SIGNATURE REDACTED**

CLERK

DATE 3/12/07

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 600 East Monroe, Spfld, Il - Served in Court at Rule to Show Cause Hearing

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 22, 2007
                   Date

Signature of Server: **SIGNATURE REDACTED**

Address of Server: 407 E. Adams, Spfld, Il 62701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.