IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/b/a B & T SERVICES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 06-3115<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR ENTRY OF DEFAULT**

NOW COME Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and for its Request for Entry of Default, state as follows:

1.   That the First Amended Complaint in this matter was filed on August 1, 2006.

2.   That on March 22, 2007, Edward E. Becker, President of Defendant, B & T SERVICES, was duly served by attorney James P. Moody with said Complaint and Summons. A copy of the Proof of Service of Summons is attached hereto as **Exhibit A-1**.

3.   That the Defendant has failed to file a responsive pleading within the statutory time frame.

4.    Pursuant to Standing Order, the Affidavit of James P. Moody in Support of the Motion for Default Judgment is attached hereto as **Exhibit A**.

WHEREFORE, Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, pray that this Court enter Default Judgment against Defendant, EDWARD E. BECKER, and in favor of Plaintiffs.

    RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, Plaintiffs,

By:    s/ James P. Moody
      JAMES P. MOODY
      **CAVANAGH & O'HARA**
      407 East Adams
      P. O. Box 5043
      Springfield, IL  62705
      Telephone:  (217) 544-1771
      Facsimile:  (217) 544-5236
      jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 8th day of May 2007:

    Edward E. Becker
    B & T Services of Monee, Inc.
    4922 Margaret Street
    Monee, IL 60449

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:    s/ James P. Moody
      JAMES P. MOODY
      **CAVANAGH & O'HARA**
      407 East Adams
      P. O. Box 5043
      Springfield, IL  62705
      Telephone:  (217) 544-1771
      Facsimile:  (217) 544-5236
      jim@cavanagh-ohara.com

E-FILED
Tuesday, 08 May, 2007   11:54:48 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/b/a B & T SERVICES,<br><br>Defendants. | No. 06-3115 |

## AFFIDAVIT PURSUANT TO STANDING ORDER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

JAMES P. MOODY, being first duly sworn, on oath states that he is one of the attorneys for the above-referenced Plaintiffs and in such capacity represents the Plaintiffs in the above-entitled and numbered action;

That on March 22, 2007, Defendant, Edward E. Becker, President of B & T SERVICES was duly served by attorney James P. Moody with said Complaint and Summons; that a copy of the Proof of Service of Summons is attached hereto and made a part hereof as **Exhibit A-1**; that the said Defendant has failed to appear, plead, or otherwise defend herein within the time allowed and is therefore in default; that to his best information and belief, the Defendant is not an infant or incompetent person and not in the military service within the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended; that the claim of Plaintiffs, RAILROAD



MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, is for a payroll compliance audit for the period of May 1, 2001 through current and attorney fees and costs to date in the amount of $3,190.00, as shown by **Exhibit A-2**, attached hereto and incorporated herein. That this Affidavit is made for the purpose of requesting that Default Judgment be entered against the Defendant, EDWARD E. BECKER d/b/a B & T SERVICES.

s/ James P. Moody
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771
Facsimile: (217) 544-5236
jim@cavanagh-ohara.com

Subscribed and sworn to before me this 8th day of May 2007.

Signature redacted

NOTARY PUBLIC

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

3:06-cv-03115-JES-BGC #17 Page 1 of 2
3:06-cv-03115-JES-BGC #18-3 Page 1 of 2
E-FILED
Tuesday, 28 April, 2007 01:59:49 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, et al.,

Plaintiffs,

v.

B.T. SERVICES OF WILL COUNTY, INC. and EDWARD E. BECKER d/b/a B & T SERVICES,

Defendants.

SECOND ALIAS
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-3115

TO: (Name and address of defendant) **PERSONAL SERVICE ONLY**

Edward E. Becker, President
B & T Services
4922 West Margaret
Monee, IL 60449

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SIGNATURE REDACTED**

CLERK

DATE 3/12/07

(BY) DEPUTY CLERK

EXHIBIT A-1

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE

NAME OF SERVER (PRINT)

TITLE

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 600 East Monroe, Spfld, IL - Served in Court at Rule to Show Cause Hearing

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 22, 2007
Date

Signature of Server: **SIGNATURE REDACTED**

Address of Server: 407 E. Adams, Spfld, IL 62701

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

E-FILED
Tuesday, 08 May, 2007 11:55:27 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 06-3115 |
| B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/b/a B & T SERVICES, | ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 05/18/06 | Review file; telephone conference with Ed Becker; telephone conference with Dora Crenshaw regarding audit of both entities. | .60 |
| 05/18/06 | Preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| 05/18/06 | Preparation of Affidavit in Support of Attorney Fees. | .50 |
| | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| 06/01/06 | Review file; update Delinquency Status Report. | .10 |
| 06/07/06 | Received and reviewed file-stamped Complaint with exhibits; Civil Cover Sheet, Certificate of Service and issued Summons. | .30 |
| 06/16/06 | Received and reviewed issued Summons; letter to Romolo and Associates to schedule audit and serve Complaint. | .60 |


EXHIBIT A-2

| Date | Description | Hours |
|---|---|---|
| 06/21/06 | Revise correspondence to Michelle Shadid of Romolo and Associates. | .15 |
| 07/05/06 | Telephone conference with Will County Sheriff regarding service fee; letter to Sheriff enclosing Summons and Complaint. | .60 |
| 07/25/06 | Telephone conference with Will County Sheriff's Office regarding service of Summons. | .10 |
| | Received and reviewed Summons - nonservice; redaction of signatures, scanning and conversion; electronic filing with U.S. District Court of same; update Delinquency Status Report; telephone conference with Deputy Harris regarding Defendant being in Florida; review file; research Secretary of State corporate information on B & T Services. | 1.00 |
| | Received and reviewed file-stamped Summons. | .10 |
| | Telephone conference with Fund Office regarding B & T Services; service of process; contract termination. | .10 |
| 07/27/06 | Preparation of First Amended Complaint. | .50 |
| 07/31/06 | Revise First Amended Complaint; preparation of Alias Summons. | .70 |
| | Review Amended Complaint. | .50 |
| 08/01/06 | Conversion, electronic filing of First Amended Complaint; letter to Court to issue Alias Summons; received and reviewed file-stamped First Amended Complaint. | 1.20 |
| 08/10/06 | Telephone conference with Private Detective, Matt Uthe, regarding service fee; letter to Uthe and Uthe enclosing two Alias Summonses; update Delinquency Status Report. | .60 |
| 09/01/06 | Telephone conference with Matt Uthe regarding service obtained on Registered Agent. | .10 |
| 09/05/06 | Received and reviewed Affidavit of Service as to Raymond Feeley, Registered Agent; redaction of signatures, scanning and conversion; electronic filing of same; update Delinquency State Report. | .65 |
| | Received and reviewed Affidavit of Non-Service as to Ed Becker, President; redaction of signatures, scanning and conversion; electronic filing of same; update Delinquency State Report. | .65 |
| | Received and reviewed file-stamped Affidavits of Service on Raymond Feeley and Ed Becker. | .20 |

| Date | Description | Hours |
|---|---|---|
| 09/14/06 | Review file; edit and update Delinquency Status Report. | .25 |
| | Email Michelle Shadid of Romolo and Associates regarding status of audit. | .10 |
| 09/18/06 | Telephone conference with Dora Crenshaw regarding audit. | .20 |
| | Received and reviewed email from Romolo and Associates regarding audit deselected; email to Fund Office re: same. | .20 |
| 09/19/06 | Email auditor regarding proceeding with audit as soon as possible. | .10 |
| | Review file regarding status of Answer. | .10 |
| 09/22/06 | Telephone conference with attorney representing Defendant re: audit. | .20 |
| | Preparation of email to Fund Office re: attorney hired and allowing audit of all entities; calendar follow-up; update Status Report. | .30 |
| 09/26/06 | Received and reviewed correspondence from Romolo and Associates re: audit scheduled; calendared; update Status Report. | .25 |
| 10/25/06 | Telephone conference with Tom Crotz re: audit; telephone conference with Ed Becker re: same. | .50 |
| 10/25/06 | Preparation of Request for Entry of Default; Affidavit in Support of Motion for Default Judgment and proposed Order. | 1.50 |
| | Preparation of Affidavit of Attorney Fees. | .80 |
| 11/13/06 | Review Request for Entry of Default and attachments. | .40 |
| 11/14/06 | Revise, redaction of signatures; scanning, conversion and electronic filing of Request for Entry of Default; email proposed Order to Judge. | 1.00 |
| 12/6/06 | Received and reviewed Order of Default; Preparation of Motion for Default Judgment, Or In the Alternative, Motion for an Accounting /Evidentiary Hearing; Notice of Filing; proposed Order and Amended Affidavit in Support of Attorney Fees. | 1.60 |
| 12/6/06 | Review Motion for Default Judgment, Or In the Alternative, Motion for an Accounting /Evidentiary Hearing; Notice of Filing; proposed Order and Amended Affidavit in Support of Attorney Fees. | .50 |
| 12/06/06 | Revise, redaction of signatures; scanning, conversion and electronic filing of Motion for Default Judgment, or in the Alternative, Motion for an Accounting/Evidentiary Hearing; email proposed Order to Judge. | 1.00 |

| | | |
|---|---|---|
| 02/01/07 | Telephone conference with Registered Agent, Raymond Feeley, re: service of process on Ed Becker. | .20 |
| 04/20/07 | Redaction, scanning, conversion and e-file Second Alias Summons; received and reviewed file-stamped copy. | .70 |
| 04/23/07 | Preparation of Request for Entry of Default, Affidavit in Support of Motion for Default Judgment and proposed Order. | 1.50 |
| 04/23/07 | Revise Affidavit of Attorney Fees. | .50 |
| 04/23/07 | Final review of Request for Entry of Default with attachments. | .40 |
| 04/24/07 | Revise, redaction of signatures; scanning, conversion and electronic filing of Request for Entry of Default; email proposed Order to Judge. | 1.00 |
| | TOTAL HOURS 21.40 X $90.00 PER HOUR | $1,926.00 |
| | TOTAL HOURS 3.4 X $185.00 PER HOUR | $629.00 |
| | TOTAL HOURS .60 X $195.00 PER HOUR | $117.00 |
| 05/18/06 | U.S. District Court - Filing Fee | $350.00 |
| 07/05/06 | Will County Sheriff – Service Fee | $63.00 |
| 08/10/06 | Uthe and Uthe, Inc. – Service Fee (Registered Agent) | $50.00 |
| | Uthe and Uthe, Inc. – Service Fee (President) | $55.00 |
| | **TOTAL FEES AND COSTS** | **$3,190.00** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

                                            s/ James P. Moody
                                            JAMES P. MOODY
                                            **CAVANAGH & O'HARA**
                                            407 East Adams
                                            P. O. Box 5043
                                            Springfield, IL 62705
                                            Telephone (217) 544-1771
                                            Fax (217) 544-9894
                                            jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 8th day of May 2007.

Signature redacted

Notary Public

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010