E-FILED
Tuesday, 22 May, 2007  02:05:51 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 06-3115 |
| B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/b/a B & T SERVICES, | ) ) ) | |
| Defendants. | ) | |

**MOTION FOR DEFAULT JUDGMENT
OR, IN THE ALTERNATIVE, MOTION FOR AN
ACCOUNTING/EVIDENTIARY HEARING**

NOW COME Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and moves this Court for a Default Judgment or an accounting/evidentiary hearing against the Defendant, EDWARD E. BECKER d/b/a B. & T. SERVICES, and in support thereof, state:

1. That the Complaint in this matter was filed on August 1, 2006.

2. That on March 22, 2007, Edward E. Becker d/b/a B. & T. SERVICES, was duly served by attorney James P. Moody in open Court with said Complaint and Summons.

3. That the Defendant has failed to file a responsive pleading within the time frame allowed by this Honorable Court.

4. That this Honorable Court entered an Order of Default on May 9, 2007.

5. That Plaintiffs are entitled to attorney fees incurred in this matter. Attached

hereto and incorporated herein as **Exhibit A** is the Amended Affidavit in Support of Attorney Fees of James P. Moody.

WHEREFORE, Plaintiffs pray for Judgment against the Defendant, EDWARD E. BECKER d/b/a B. & T. SERVICES, as follows:

A. That the Defendant be ordered to produce all necessary records to permit Plaintiffs to conduct a payroll audit for the period from May 1, 2001 to present;

B. That Judgment be entered in favor of the Plaintiffs and against the Defendant for delinquent contributions for the period May 1, 2001 through current and for additional months which are unpaid from the date of this filing to the date Judgment is entered;

C. That Judgment be entered in favor of the Plaintiffs and against the Defendant for penalties and interest incurred as a result of continuous late reporting of contributions for the period May 1, 2001 through current and for additional months which are unpaid from the date of this filing to the date Judgment is entered;

D. That Defendant be decreed to pay to the Plaintiffs its attorney fees in the amount of $3,521.50, as provided by the trust agreements and ERISA, 29 U.S.C. Section 1132(g)(2);

E. That Defendant be decreed to pay all costs attendant to the cost of these proceedings; and

F. That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

RAILROAD MAINTENANCE AND
INDUSTRIAL HEALTH AND WELFARE
FUND, *et al.*, Plaintiffs,

By:   s/ James P. Moody
        JAMES P. MOODY
        **CAVANAGH & O'HARA**

407 East Adams<br>
P. O. Box 5043<br>
Springfield, IL  62705<br>
Telephone:  (217) 544-1771<br>
Facsimile:  (217) 544-5236<br>
jim@cavanagh-ohara.com

## **PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 22nd day of May 2007:

>Edward E. Becker
>4922 Margaret Street
>Monee, IL 60449

and that the original was filed with the Clerk of the Court in which said cause is pending.

By:     s/ James P. Moody<br>
        JAMES P. MOODY<br>
        **CAVANAGH & O'HARA**<br>
        407 East Adams<br>
        P. O. Box 5043<br>
        Springfield, IL  62705<br>
        Telephone:  (217) 544-1771<br>
        Facsimile:  (217) 544-5236<br>
        jim@cavanagh-ohara.com

F:\files\RAILROAD\B&T Services\M-dj.Becker.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | No. 06-3115 |
| B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/ b/a B & T SERVICES, | ) ) ) ) | |
| Defendant. | ) | |

### AFFIDAVIT IN SUPPORT OF ATTORNEY FEES

JAMES P. MOODY, having first been duly sworn on oath, states that the following itemization accurately represents the time and costs expended by this office in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 05/18/06 | Review file; telephone conference with Ed Becker; telephone conference with Dora Crenshaw regarding audit of both entities. | .60 |
| 05/18/06 | Preparation of Complaint, Civil Cover Sheet; Certificate of Interest and Summons; assemble exhibits. | 1.50 |
| 05/18/06 | Preparation of Affidavit in Support of Attorney Fees. | .50 |
| | Final review of Complaint with exhibits, Civil Cover Sheet, Certificate of Interest, Summons. | .40 |
| | Revise and finalize Complaint, Summons, Certificate of Interest, Civil Cover Sheet; assembly of full Complaint with exhibits; Email to U.S. District Court for opening of new case. | 1.00 |
| 06/01/06 | Review file; update Delinquency Status Report. | .10 |
| 06/07/06 | Received and reviewed file-stamped Complaint with exhibits; Civil Cover Sheet, Certificate of Service and issued Summons. | .30 |
| 06/16/06 | Received and reviewed issued Summons; letter to Romolo and Associates to schedule audit and serve Complaint. | .60 |


EXHIBIT A

| Date | Description | Hours |
|---|---|---|
| 06/21/06 | Revise correspondence to Michelle Shadid of Romolo and Associates. | .15 |
| 07/05/06 | Telephone conference with Will County Sheriff regarding service fee; letter to Sheriff enclosing Summons and Complaint. | .60 |
| 07/25/06 | Telephone conference with Will County Sheriff's Office regarding service of Summons. | .10 |
| | Received and reviewed Summons - nonservice; redaction of signatures, scanning and conversion; electronic filing with U.S. District Court of same; update Delinquency Status Report; telephone conference with Deputy Harris regarding Defendant being in Florida; review file; research Secretary of State corporate information on B & T Services. | 1.00 |
| | Received and reviewed file-stamped Summons. | .10 |
| | Telephone conference with Fund Office regarding B & T Services; service of process; contract termination. | .10 |
| 07/27/06 | Preparation of First Amended Complaint. | .50 |
| 07/31/06 | Revise First Amended Complaint; preparation of Alias Summons. | .70 |
| | Review Amended Complaint. | .50 |
| 08/01/06 | Conversion, electronic filing of First Amended Complaint; letter to Court to issue Alias Summons; received and reviewed file-stamped First Amended Complaint. | 1.20 |
| 08/10/06 | Telephone conference with Private Detective, Matt Uthe, regarding service fee; letter to Uthe and Uthe enclosing two Alias Summonses; update Delinquency Status Report. | .60 |
| 09/01/06 | Telephone conference with Matt Uthe regarding service obtained on Registered Agent. | .10 |
| 09/05/06 | Received and reviewed Affidavit of Service as to Raymond Feeley, Registered Agent; redaction of signatures, scanning and conversion; electronic filing of same; update Delinquency State Report. | .65 |
| | Received and reviewed Affidavit of Non-Service as to Ed Becker, President; redaction of signatures, scanning and conversion; electronic filing of same; update Delinquency State Report. | .65 |
| | Received and reviewed file-stamped Affidavits of Service on Raymond Feeley and Ed Becker. | .20 |

| | | |
|---|---|---|
| 09/14/06 | Review file; edit and update Delinquency Status Report. | .25 |
| | Email Michelle Shadid of Romolo and Associates regarding status of audit. | .10 |
| 09/18/06 | Telephone conference with Dora Crenshaw regarding audit. | .20 |
| | Received and reviewed email from Romolo and Associates regarding audit deselected; email to Fund Office re: same. | .20 |
| 09/19/06 | Email auditor regarding proceeding with audit as soon as possible. | .10 |
| | Review file regarding status of Answer. | .10 |
| 09/22/06 | Telephone conference with attorney representing Defendant re: audit. | .20 |
| | Preparation of email to Fund Office re: attorney hired and allowing audit of all entities; calendar follow-up; update Status Report. | .30 |
| 09/26/06 | Received and reviewed correspondence from Romolo and Associates re: audit scheduled; calendared; update Status Report. | .25 |
| 10/25/06 | Telephone conference with Tom Crotz re: audit; telephone conference with Ed Becker re: same. | .50 |
| 10/25/06 | Preparation of Request for Entry of Default; Affidavit in Support of Motion for Default Judgment and proposed Order. | 1.50 |
| | Preparation of Affidavit of Attorney Fees. | .80 |
| 11/13/06 | Review Request for Entry of Default and attachments. | .40 |
| 11/14/06 | Revise, redaction of signatures; scanning, conversion and electronic filing of Request for Entry of Default; email proposed Order to Judge. | 1.00 |
| 12/6/06 | Received and reviewed Order of Default; Preparation of Motion for Default Judgment, Or In the Alternative, Motion for an Accounting /Evidentiary Hearing; Notice of Filing; proposed Order and Amended Affidavit in Support of Attorney Fees. | 1.60 |
| 12/6/06 | Review Motion for Default Judgment, Or In the Alternative, Motion for an Accounting /Evidentiary Hearing; Notice of Filing; proposed Order and Amended Affidavit in Support of Attorney Fees. | .50 |
| 12/06/06 | Revise, redaction of signatures; scanning, conversion and electronic filing of Motion for Default Judgment, or in the Alternative, Motion for an Accounting/Evidentiary Hearing; email proposed Order to Judge. | 1.00 |

| | | |
|---|---|---|
| 02/01/07 | Telephone conference with Registered Agent, Raymond Feeley, re: service of process on Ed Becker. | .20 |
| 04/20/07 | Redaction, scanning, conversion and e-file Second Alias Summons; received and reviewed file-stamped copy. | .70 |
| 04/23/07 | Preparation of Request for Entry of Default, Affidavit in Support of Motion for Default Judgment and proposed Order. | 1.50 |
| 04/23/07 | Revise Affidavit of Attorney Fees. | .50 |
| 04/23/07 | Final review of Request for Entry of Default with attachments. | .40 |
| 04/24/07 | Revise, redaction of signatures; scanning, conversion and electronic filing of Request for Entry of Default; email proposed Order to Judge. | 1.00 |
| 05/09/07 | Received and reviewed Order of Default; preparation of Notice of Filing, Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing and proposed Order; revise Affidavit in Support of Attorney Fees. | 1.60 |
| 05/09/07 | Final review of Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing, Notice of Filing and proposed Order. | .50 |
| 05/10/07 | Revise and finalize Motion for Default Judgment or, in the Alternative, Motion for an Accounting/Evidentiary Hearing; e-file same; email proposed Order to Judge. | 1.00 |
| | TOTAL HOURS 24.0 X $90.00 PER HOUR | $2,160.00 |
| | TOTAL HOURS 3.4 X $185.00 PER HOUR | $629.00 |
| | TOTAL HOURS 1.1 X $195.00 PER HOUR | $214.50 |
| 05/18/06 | U.S. District Court - Filing Fee | $350.00 |
| 07/05/06 | Will County Sheriff – Service Fee | $63.00 |
| 08/10/06 | Uthe and Uthe, Inc. – Service Fee (Registered Agent) | $50.00 |
| | Uthe and Uthe, Inc. – Service Fee (President) | $55.00 |
| | **TOTAL FEES AND COSTS** | **$3,521.50** |

FURTHER THIS AFFIANT SAYETH NAUGHT.

                                                   s/ James P. Moody  
                                                   JAMES P. MOODY  
                                                   **CAVANAGH & O'HARA**  
                                                   407 East Adams

P. O. Box 5043
Springfield, IL 62705
Telephone (217) 544-1771
Fax (217) 544-9894
jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 22nd day of May 2007.

*[Signature Redacted]*
Notary Public

F:\files\RAILROAD\B&T Services\A-Fee.djwpd.wpd

"OFFICIAL SEAL"
PATRICIA J. ROBINSON
Notary Public, State of Illinois
My Commission Expires Feb. 16, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/b/a B & T SERVICES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 06-3115<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF PLAINTIFFS'
MOTION FOR DEFAULT JUDGMENT,
OR IN THE ALTERNATIVE,
MOTION FOR ACCOUNTING/EVIDENTIARY HEARING**

TO:   Edward E. Becker
      B & T Services of Monee, Inc.
      4922 Margaret Street
      Monee, IL 60449

NOTICE IS HEREBY GIVEN to you that the Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, by and through its attorneys filed a Motion for Default Judgment, Or In The Alternative, Motion for Accounting/Evidentiary Hearing against you on the 22nd day of May 2007.

YOU ARE HEREBY NOTIFIED that the Honorable Court may rule on Plaintiffs' RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.* Motion without further notice to you seven (7) days after filing.

DATED this 22nd day of May 2007.

                                                            RAILROAD MAINTENANCE AND
                                                           INDUSTRIAL HEALTH AND WELFARE
                                                           FUND, *et al.*, Plaintiffs,

                                                           By:   s/ James P. Moody

JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com