IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, <br><br>  Plaintiffs, <br><br> v. <br><br> B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/b/a B & T SERVICES, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) No. 06-3115 ) ) ) ) ) ) |

## OPINION AND ORDER FOR PRODUCTION OF RECORDS

JEANNE E. SCOTT, U.S. District Judge:

This cause comes before the Court on Plaintiffs' Motion for Default Judgment or in the Alternative, an Accounting/Evidentiary Hearing (d/e 14). The Court, being fully advised in the premises, finds that Defendant, B.T. Services of Will County, Inc., has failed to answer the Complaint filed herein in a timely fashion as required by the Federal Rules of Civil

1

Procedure.

Plaintiffs' Motion asks the Court to order an accounting of the amount owing from Defendant, B. T. Services of Will County, Inc., to the Plaintiffs for unpaid contributions for the period from May 1, 2001, to the present.

THEREFORE, Plaintiffs' Motion for Default Judgment or in the Alternative, an Accounting/Evidentiary Hearing (d/e 14) is ALLOWED in part. The Court hereby orders Raymond A. Feeley, Registered Agent, or Edward E. Becker, President for Defendant, B. T. Services of Will County, Inc., to appear and produce any and all payroll books and any other records and contribution reporting forms to permit a payroll audit for the period from May 1, 2001, to the present at the law offices of Cavanagh & O'Hara, 407 East Adams Street, Springfield, Illinois, on July 11, 2007, at 1:30 p.m.

The Court DENIES Plaintiffs' request for Default Judgment at this time, but grants Plaintiffs leave to re-file the Motion after such an accounting has taken place.

IT IS THEREFORE SO ORDERED.

ENTER: June 19, 2007.

FOR THE COURT:

>       s/ Jeanne E. Scott       
> JEANNE E. SCOTT
> UNITED STATES DISTRICT JUDGE