IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, MIDWEST OPERATING ENGINEERS PENSION FUND and MIDWEST OPERATING ENGINEERS INDUSTRY ADVANCEMENT FUND, | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )   No. 06-3115 ) |
| B. T. SERVICES OF WILL COUNTY, INC., and EDWARD E. BECKER d/b/a B & T SERVICES, | ) ) ) |
| Defendants. | ) |

**STATUS REPORT**

NOW COME Plaintiffs, RAILROAD MAINTENANCE AND INDUSTRIAL HEALTH AND WELFARE FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and pursuant to the Court's July 7, 2008, request for a written status report, herein state as follows:

The status of this case is that Plaintiffs are conducting a payroll audit to determine if contributions are owed. The Defendants have produced most records necessary for the audit. Those records were sent to the auditors who requested additional records to complete the audit. Specifically, the Defendant must provide W-2s for 2001, 2002 and 2003. Plaintiffs believe that the audit can be completed with these records. If the W-2s are not produced in the next fourteen (14) days, Plaintiffs will requests the Court's assistance.

                                        RAILROAD MAINTENANCE AND
                                        INDUSTRIAL HEALTH AND WELFARE
                                        FUND, *et al.*, Plaintiffs,

                                        By:    s/ James P. Moody
                                                JAMES P. MOODY

**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

## PROOF OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 21th day of July 2008:

| | |
|---|---|
| Raymond Feeley, Registered Agent | Edward E. Becker |
| B & T Services of Monee, Inc. | B & T Services of Monee, Inc. |
| 575 West Exchange Street | 4922 Margaret Street |
| Crete, IL 60417 | Monee, IL 60449 |

and that the original was filed with the Clerk of the Court in which said cause is pending.

By: ____s/ James P. Moody_____
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams
P. O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:  (217) 544-5236
jim@cavanagh-ohara.com

.

F:\files\RAILROAD\B&T Services\status.wpd